FILED

MAR 2 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FELIX,<br><br>                    Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a California Corporation; DEBBIE ESSARY, individually, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:    06-CV-01870-OWW-LJO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS DEBBIE ESSARY AS A DEFENDANT FROM THE COMPLAINT** |

The parties, by and through their respective counsel, hereby stipulate to the dismissal of Debbie Essary as a defendant from plaintiff's complaint in the above entitled action.

**I.
RECITALS**

1.    Plaintiff alleges causes of action for breach of contract and bad faith based on State Farm's handling of his claim for medical payments coverage (MPC) benefits following an automobile accident. In addition to State Farm Mutual Automobile Insurance Company, the complaint names as a defendant State Farm Claim Representative Debbie Essary, the adjuster who handled plaintiff's claim;

2.    On or about January 3, 2007, defendants filed a motion to drop and dismiss Ms. Essary from the action, which is set to be heard on March 19, 2007;

3.    However, plaintiff has since agreed to voluntarily dismiss Ms. Essary as a defendant

131866                                          -1-

1   from the complaint, thereby making the motion to drop and dismiss moot;

2        4.    As such, the motion may be taken off calendar.

3        Accordingly, the parties hereby stipulate to the following:

4                                    II.
                                STIPULATION
5

6        1.    The parties hereby stipulate to the dismissal, with prejudice, of defendant Debbie

7   Essary from plaintiff's complaint in the above entitled action;

8        2.    The defendants hereby waive their right to seek costs related to the dismissal of

9   Debbie Essary from the complaint;

10       3.    The defendants' currently pending motion to drop and dismiss Ms. Essary shall be

11  taken off calendar.

12  Dated: March 6    , 2007         **HAYES DAVIS BONINO ELLINGSON**
                                      **MCLAY & SCOTT**
13

14

15                                   By: _____
                                         STEPHEN M. HAYES
16                                       STEPHEN P. ELLINGSON
                                         JAMIE A. RADACK
17                                       Attorneys for Defendants
                                         STATE FARM MUTUAL AUTOMOBILE
18                                       INSURANCE COMPANY AND DEBBIE ESSARY

19
    Dated: March 8    , 2007         **STRAUSS, NEIBAUER & ANDERSON**
20

21

22                                   By: _____
                                         THOMAS L. ANDERSON
23                                       JOHN P. CARTY
                                         Attorneys for Plaintiff
24                                       RAYMOND FELIX

25

26           IT IS SO ORDERED

27       DATED:   3-20-07                   _____
                                            OLIVER W. WANGER
28

    131866                      -2-
    **STIPULATION AND [PROPOSED] ORDER TO DISMISS DEBBIE ESSARY AS A DEFENDANT**
                        **CASE NO. 06-CV-01870-OWW-LJO**