TLA:eaj 2M9319
THOMAS L. ANDERSON, CSB #59084
tlaesq@aol.com
LAW OFFICE OF THOMAS L. ANDERSON
1300 H Street, Suite 300
Modesto, CA 95354
Telephone: (209) 579-5555
Facsimile: (209) 579-5557

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FELIX,<br><br>        Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a California Corporation, DEBBIE ESSARY, individually, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.: 1:06-cv-01870<br><br>**STIPULATION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND ORDER** |

      The Court scheduled an Order to Show Cause hearing on September 10, 2007, at 10:00 a.m. in Courtroom Three of the above-entitled court.

      IT IS HEREBY requested that the Order to Show Cause hearing be continued to another date to be determined by the United States District Court Eastern District of California.

      Plaintiff's counsel, THOMAS L. ANDERSON, has a calendar conflict in that he has a mandatory settlement conference in the *Harris v. Saponas* matter scheduled on September 10, 2007, at 9:30 a.m. in the Superior Court of California, Stanislaus County State Court.

_____1_____
Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 6, 2007         /s/ Thomas L. Anderson
                                 tlaesq@aol.com
                                 LAW OFFICE OF THOMAS L. ANDERSON
                                 State Bar No. 59084
                                 1300 H Street, Suite 300
                                 Modesto, CA 95354
                                 Telephone:  (209) 579-5555
                                 Facsimile: (209) 579-5557

## **ORDER**

Based on the Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Order to Show Cause hearing currently set for September 10, 2007 be continued to  9/24/2007   , at 10:00  AM in Courtroom Three Before U.S. District Judge Oliver W. Wanger.

**IT IS FURTHER ORDERED** that all papers shall be filed in accordance with the new hearing date.

DATED:   9/6/2007

                                 /s/  OLIVER W. WANGER
                                 HONONABLE U.S. DISTRICT JUDGE

_____2_____
Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com