STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FELIX,<br><br>           Plaintiff,<br><br>    V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a California Corporation, DEBBIE ESSARY, individually, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.:   06-CV-01870-OWW-LJO<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING CONFERENCE ORDER**<br><br>Please note change to dispositive motion hearing date. |

All parties, by and through their respective counsel, hereby stipulate to revise certain deadlines in the Court's Scheduling Conference Order as follows:

**I.
RECITALS**

1.   The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The parties are currently engaged in active settlement negotiations.

2.   The parties were effectively unable to pursue settlement negotiations for a period of several months due to complications arising from the transition of plaintiff's counsel Thomas L. Anderson from his former firm of Strauss Neibauer and Anderson to his current law office. Once the transition was completed, the parties promptly resumed settlement negotiations.

2.   Under the Court's current Scheduling Conference Order, the deadline to file a motion

147580                                                           -1-

for summary judgment is October 15, 2007 and the hearing is set for November 19, 2007. The parties wish to have additional time to further pursue settlement negotiations without incurring the potentially unnecessary burden of preparing and opposing a motion for summary judgment. To that end, the parties agree to stipulate to continue the deadline to file a motion for summary judgment to November 12, 2007 and to continue the hearing on the motion to December 17, 2007.

3. The Scheduling Conference Order in this matter currently provides for expert disclosures on December 14, 2007. The parties agree to stipulate to continue the expert disclosure to December 28, 2007 to avoid unnecessary expert costs in the event the summary judgment motion renders expert disclosures moot.

5. All other deadlines in the current Scheduling Conference Order would remain the same, including the trial date, final pretrial conference and settlement conference.

7. For these reasons, the parties have agreed to stipulate to certain limited revisions to the Court's Scheduling Conference Order to avoid incurring potentially unnecessary expenses while actively conducting settlement negotiations.

Accordingly, the parties hereby stipulate to revising the Scheduling Conference Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Conference Order:

1. Deadline to File Dispositive Motion: November 12, 2007 (currently October 15, 2007);

2. Hearing on Dispositive Pre-Trial Motions: December 17, 2007 10:00 am, Ctrm 3 (currently November 19, 2007);

3. Deadline for Expert Witness Disclosures: December 28, 2007 (currently December 14, 2007);

4. All other deadlines and requirements in the current Scheduling Conference Order remain unchanged from the Court's original Order for Pretrial Preparation filed May 8, 2007.

147580                                                -2-

**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER - CASE NO. 06-CV-01870-OWW-LJO**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September ___, 2007        **HAYES DAVIS BONINO ELLINGSON**
                                  **MCLAY & SCOTT, LLP**


                                  By:_____
                                      STEPHEN M. HAYES
                                      STEPHEN P. ELLINGSON
                                      JAMIE A. RADACK
                                      Attorneys for Defendants
                                      STATE FARM MUTUAL AUTOMOBILE
                                      INSURANCE COMPANY AND DEBBIE ESSARY


Dated: September___, 2007         **LAW OFFICES OF THOMAS L. ANDERSON**



                                  By:_____
                                      THOMAS L. ANDERSON
                                      Attorneys for Plaintiff
                                      RAYMOND FELIX


**ORDER**

Pursuant to the parties' stipulation, the Court's May 8, 2007 Scheduling Conference Order is hereby revised as follows:

   1.   Deadline to File Dispositive Motions:        November 22, 2007

   2.   Hearing on Dispositive Motions:              January 7, 2008

   3.   Deadline for Expert Disclosures:             December 28, 2007

All other deadlines and other provisions in the Court's May 8, 2007 Scheduling Conference Order remain the same.


Dated: October 5, 2007             /s/ OLIVER W. WANGER
                                   HONORABLE OLIVER W. WANGER
                                   UNITED STATES DISTRICT COURT FOR THE
                                   EASTERN DISTRICT OF CALIFORNIA




147580                             -3-
**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S**
**SCHEDULING ORDER - CASE NO. 06-CV-01870-OWW-LJO**

PDF created with pdfFactory trial version www.pdffactory.com