STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
**HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FELIX,<br><br>    Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a California Corporation, DEBBIE ESSARY, individually, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:   06-CV-01870-OWW-GSA<br><br>**STIPULATION OF DISMISSAL; ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by plaintiff Raymond Felix through his attorney of record, Thomas L. Anderson, and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: September___, 2007        **LAW OFFICES OF THOMAS L. ANDERSON**

By:_____
    THOMAS L. ANDERSON
    Attorneys for Plaintiff
    RAYMOND FELIX

149618                        -1-

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 06-CV-01870-OWW-GSA**

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: September ___, 2007    **HAYES DAVIS BONINO ELLINGSON**
                                  **MCLAY & SCOTT, LLP**
2

3
                                  By:_____
4                                    STEPHEN M. HAYES
                                     STEPHEN P. ELLINGSON
5                                    JAMIE A. RADACK
                                     Attorneys for Defendants
6                                    STATE FARM MUTUAL AUTOMOBILE
                                     INSURANCE COMPANY
7

8

9
                                  **ORDER**
10
        IT IS SO ORDERED.
11

12
   Dated:  December 12, 2007              /s/ OLIVER W. WANGER
13                                        HONORABLE OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE FOR
14                                        THE EASTERN DISTRICT OF
                                          CALIFORNIA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

149618                              -2-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 06-CV-01870-OWW-GSA**
PDF created with pdfFactory trial version www.pdffactory.com